**UNITED STATES DISTRICT COURT**               **EASTERN DISTRICT OF TEXAS**

UNITED STATES OF AMERICA              §
                                      §
*versus*                              §        CASE NO. 1:08-CR-62
                                      §
ARTRIC JAMAL DAVIS                    §

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred defendant's motions to suppress to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. After being informed that the defendant and the government contemplated entering into a plea agreement, Judge Hines concluded that the motions should be denied as moot.

No objections have been filed. It is therefore

**ORDERED** that the report and recommendation of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that defendant's "Motion for Suppression of Evidence" (Docket No. 24) is **DENIED** as moot.

SIGNED at Beaumont, Texas, this 22nd day of October, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE